UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY FULLER,<br><br>        Plaintiff,<br><br>    v.<br><br>GENDRON, *et al.*,<br><br>        Defendants. | Case No. 1:24-cv-00536-JLT-EPG<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS ACTION BE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(A)(1)<br><br>(ECF Nos. 31, 32, 33)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

      On June 12, 2025, the Court received an email indicating that Plaintiff had passed away. The Court ordered Plaintiff's counsel to file a death statement no later than July 11, 2025. (ECF No. 31). On July 11, 2025, Plaintiff's counsel filed a Suggestion of Death Upon the Record pursuant to Rule 25(a)(1), indicating that Plaintiff died on or about May 24, 2025. (ECF No. 32). On July 14, 2025, the Court directed that a motion for substitution may be filed by any party or the decedent's successor no later than 90 days after the statement noting death, allowing the parties or any decedent successor until October 9, 2025, to file a motion for substitution. (ECF No. 33).

      Fed. R. Civ. P. 25(a)(1) provides

> If a party dies and the claim is not thereby extinguished, the court may order substitution of the proper parties. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90

1

days after service of a statement noting the death, the action by or against the decedent must be dismissed.

In this case, the Notice of Death was filed and served more than ninety days ago, and no motion for substitution has been made.

Accordingly, the Court HEREBY RECOMMENDS that:

1. This action be DISMISSED pursuant to Federal Rule of Civil Procedure 25(a)(1); and
2. The Clerk of Court be directed to close this case.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within fourteen (14) days after being served with these findings and recommendations, any party may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen (14) days after service of the objections.  The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan,* 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:  **October 15, 2025**            /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE