**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOROTHY FULLER<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GENDRON, ET AL.<br><br>　　　　Defendant. | Case No.  1:24-cv-00536-JLT-EPG<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THIS ACTION BE DISMISSED PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(A)(1)**<br><br>(Doc. 34.) |

Dorothy Fuller passed away on or about May 24, 2025. (Doc. 32.). On July 14, 2025, the Court directed that a motion for substitution may be filed by any party or the decedent's successor no later than 90 days after the statement noting death, allowing the parties or any decedent successor until October 9, 2025, to file a motion for substitution. (Doc. 33.). This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2025, the assigned magistrate judge entered findings and recommendations, recommending that this action be dismissed pursuant to federal rule of civil procedure 25(a)(1). (Doc. 34). No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, including the objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

1

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on October 15, 2025, are **ADOPTED IN FULL**. (Doc. 34.)
2. This action be DISMISSED pursuant to Federal Rule of Civil Procedure 25(a)(1); and
3. The Clerk of Court close this case.

IT IS SO ORDERED.

Dated: **November 3, 2025**

UNITED STATES DISTRICT JUDGE

2