# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOROTHY FULLER ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:24–CV–00536–JLT–EPG** |
| **CELLCO PARTNERSHIP , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/4/2025 .**

ENTERED:   **November 4, 2025**      /s/ **Keith Holland**
                                                         Clerk of Court